## COMMONWEALTH *vs.* NICHOLAS MULLEN.

The caption of an indictment was as follows: " Commonwealth of Massachusetts. Middlesex to wit. At the superior      begun and holden at Lowell, within and for the county of Middlesex, on the third Monday of October in the year of our Lord one-thousand eight hundred and sixty-three." By the record of the superior court it appeared that this indictment was returned by the grand jury into that court at a term beginning on the day named in the caption, and duly filed therein, and a certificate made by the clerk upon the back of the indictment that it had been so returned. *Held* that the omission of the word " court" in the caption was immaterial.

BY THE COURT.   The defendant's motion in arrest of judg-
ment was based upon a defect in the caption of the indictment
against him, so that, as he contends, it does not appear that he
was indicted at any court.   The indictment begins thus:
" Commonwealth of Massachusetts.   Middlesex, to wit:  At the
superior        begun and holden at Lowell, within and for the
county of Middlesex, on " &c.;  " the jurors for the. Common
wealth," &c.;  the word " court " being omitted.

On examining the full record sent up from the superior court,
we find that it appears from the record that this indictment was
returned by the grand jury into that court at the October term
thereof, in the year 1865, on the fourth day of the term and duly
filed therein ; and that it was certified by the clerk upon the
back of the indictment that it had been so returned.   The defect
in the caption is therefore immaterial.   *Exceptions overruled.*

.   *G. Sennott,* for the defendant.

*Reed,* A. G., for the Commonwealth.